UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HILDA & ALICE, INC.,

               Plaintiff,

      v.

FOODSERVICE PARTNERS LLC,

          Defendant.

Case No.  22-cv-04086-SK

**ORDER TO SHOW CAUSE**

On October 13, 2022, the Court stayed this matter in light of Defendant Foodservice Partners LLC filing for bankruptcy in July 2022.  (Dkt. No. 13.)  At that time, the Court directed the parties to file a joint status report every 120 days or within ten days of the resolution of Defendant's bankruptcy.  (*Id*.)  The first report was due on February 10, 2023.  (*Id*.)  The parties failed to update the Court.  The Court then directed the parties to file a joint status report by November 3, 2023, and every 120 days after.  (Dkt. No. 14.)  Again, the parties failed to update the Court.

The Court has a full caseload and does not have the time to manage this case for Plaintiff.  It is Plaintiff's responsibility to proceed diligently, which includes complying with this Court's orders.  The Court finds missing both joint status update deadlines unacceptable.  Therefore, Plaintiff is HEREBY ORDERED to Show Cause in writing no later than February 6, 2024, why the Court should not reassign this matter to a district judge with a recommendation that the court should dismiss this case for failure "to comply with . . . a court order."  Fed. R. Civ. P. 41(b).

/ / /

/ / /

/ / /

United States District Court
Northern District of California

1    Plaintiff is admonished that if it does not file a response by this deadline, the Court will

2    reassign this action without further notice.

3    **IT IS SO ORDERED**.

4    Dated: January 22, 2024

5

6    SALLIE KIM
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California